AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3-13-08 |
| NAME OF SERVER (PRINT) L. Smith 4619 | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-13-08
        Date

Signature of Server: Smith 4619

Address of Server: 225 Green St. Gainesville, Fl

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Jennifer P. Clark,
Plaintiff,

V.

E. Paul Stanley and Jason J. Deal,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-173-MHT

RECEIVED 2008 MAR 19 A 10:31

TO: (Name and address of Defendant)

Jason J. Deal
225 Green Street
4th Floor
Gainesville, Georgia 30501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jennifer P. Clark
Pro Se
107 Saint Francis Street
Suite 2403
Mobile, Alabama 36602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                         3/12/2008
CLERK                                       DATE

(By) DEPUTY CLERK