IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER P. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-173-MHT |
| | ) |
| JASON DEAL AND E. PAUL STANLEY, | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW JENNIFER P. CLARK, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Larry H. Clark | Power of Attorney |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

March 31, 2008
Date

s/Jennifer P. Clark (CLA075)
Counsel Signature

Pro Se
Counsel for (print names of all parties)

222 Dearborn Street, South
Mobile, Alabama  36602
Address, City, State Zip Code

251-432-7977
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, JENNIFER P. CLARK, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 31st day of March 2008, to:

Jason J. Deal, 225 Green Street, Gainesville, GA  30501

E. Paul Stanley, 3292 Thompson Bridge Road, Suite 351, Gainesville, GA  30506

_____

_____

_____

_____

March 31, 2008                                                               s/Jennifer P. Clark (CLA075)
Date                                                                              Signature