UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY, ALABAMA

| | |
|---|---|
| JENNIFER P. CLARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E. PAUL STANLEY and )<br>JASON J. DEAL, )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE NO.<br><br>2:08-CV-173-MHT |

**MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, ROBERT C. EDWARDS, a member in good standing of the State Bar of Georgia and of the United States District Court for the Northern District of Georgia, hereby moves to be admitted to practice as an attorney of this Court, *pro hac vice*, in order to represent the Defendant Jason J. Deal in the above-styled case.

This 27 day of March 2008.

_____
ROBERT C. EDWARDS (Ga. Bar #241543)
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF GEORGIA
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
(404) 656-3370

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing MOTION FOR ADMISSION PRO HAC VICE, upon all other parties by mailing a copy of same to their counsel, postage prepaid, in the United States Mail, and addressed as follows:

Jennifer P Clark
107 Saint Francis Street
Suite 2403
Mobile, Alabama 36602

Christi Dickson Feeney
Hawkins & Parnell, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308

This 27 day of March 2008.

_____
ROBERT C. EDWARDS
ASSISTANT ATTORNEY GENERAL



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Robert C. Edwards, State Bar No. 241543,** was duly admitted to practice in said Court on August 17, 1979, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 21st day of March, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                MONTGOMERY, ALABAMA
```

JENNIFER P. CLARK,              )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION FILE NO.
    vi.                         )
                                )   2:08-CV-173-MHT
E. PAUL STANLEY and             )
JASON J. DEAL,                  )
                                )
    Defendants.                 )
_____)

**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Robert C. Edwards to practice as an attorney of this Court, *pro hac vice*, in order to represent the Defendant Jason J. Deal in the above-styled case is hereby granted.

SO ORDERED this _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004482
Cashier ID: brobinso
Transaction Date: 03/31/2008
Payer Name: STATE OF GEORGIA
-----------------------------------
PRO HAC VICE
 For: ROBERT C EDWARDS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 0000152493
 Amt Tendered: $50.00
-----------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

2:08-CV-173-MHT
```