UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY, ALABAMA

| | |
|---|---|
| JENNIFER P. CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE NO. ) ) 2:08-CV-173-MHT |
| E. PAUL STANLEY and JASON J. DEAL, | ) ) ) |
| Defendants. | ) ) ) |

RECEIVED
2008 MAR 31  P 2: 20

## JASON J. DEAL'S
## PRE-ANSWER MOTION TO DISMISS

Defendant Jason J. Deal hereby moves the Court to dismiss the above-styled lawsuit against him for lack of personal jurisdiction and venue. As shown more fully in Defendant Deal's Brief in Support, Defendant Deal is a Judge of the Superior Court of Hall County, Georgia. Contrary to Plaintiff's repeated protestations, it is clear from the allegations in the Complaint that all actions taken by Judge Deal in connection with the events alleged in Plaintiff's Complaint were taken by him in his judicial capacity and as such, within the scope of his employment as a State officer or employee. Furthermore, Judge Deal is a resident of the State of Georgia with no ties or connections to the State of Alabama that would render him subject to the personal jurisdiction of this Court. Further,

the actions that form the basis of Plaintiff's allegations against Judge Deal were taken within the State of Georgia.

**WHEREFORE,** Judge Deal prays that the Court grant this motion and dismiss Plaintiff's Complaint against Judge Deal in its entirety. In the alternative, Judge Deal prays that the action be transferred in accordance with 28 U.S.C. § 1406(a).

This 27 day of March 2008.

                THURBERT E. BAKER    033887
                Attorney General

                KATHLEEN M. PACIOUS    558555
                Deputy Attorney General

                LORETTA L. PINKSTON    580385
                Senior Assistant Attorney General

                */s/ Robert C. Edwards*
                ROBERT C. EDWARDS    241543
                Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

ROBERT C. EDWARDS
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3370

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing JASON J. DEAL'S PRE-ANSWER MOTION TO DISMISS, upon all other parties by mailing a copy of same to their counsel, postage prepaid, in the United States Mail, and addressed as follows:

Jennifer P Clark
107 Saint Francis Street
Suite 2403
Mobile, Alabama 36602

Christi Dickson Feeney
Hawkins & Parnell, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308

This 27 day of March 2008.

*Robert C Edwards*
ROBERT C. EDWARDS
ASSISTANT ATTORNEY GENERAL