IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER P. CLARK, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:08cv173-MHT |
| | ) | |
| JASON J. DEAL and | ) | |
| E. PAUL STANLEY, | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 9) is treated as a motion to dismiss and an alternative motion to transfer, and both motions are set for submission, without oral argument, on April 18, 2008, with all briefs due by said date.

DONE, this the 1st day of April, 2008.

                     /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE