IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER P. CLARK, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv173-MHT |
| | ) | |
| JASON J. DEAL and | ) | |
| E. PAUL STANLEY, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 8) is granted.

DONE, this the 1st day of April, 2008.

                                        /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**