IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| JENNIFER P. CLARK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:08 CV-173 MHT |
| | ) |
| JASON J. DEAL and E. PAUL STANLEY, | ) |
| | ) |
|    Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW E. Paul Stanley, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]    This party is an individual, or

[ ]    This party is a governmental entity, or

[ ]    There are no entities to be reported, or

[ ]    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NA | |
| | |
| | |
| | |

April 2, 2008
Date

*s/S. Christopher Collier*
S. Christopher Collier
Hawkins & Parnell, LLP
Counsel for E. Paul Stanley

303 Peachtree St. NE #4000
Atlanta, GA 30308

404-614-7479

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

## CERTIFICATE OF SERVICE

I, S. Christopher Collier, do hereby Certify that a true and correct copy of the foregoing has been furnished via electronic mail on this 2nd day of April, 2008, to

_____all counsel of record_____

_____

_____

_____

_____

_____


April 2, 2008                                    s/S. Christopher Collier
     Date                                              Signature
                                              S. Christopher Collier, Esq.