IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER P. CLARK, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:08cv173-MHT |
| | ) | |
| JASON J. DEAL and | ) | |
| E. PAUL STANLEY, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 13) and alternative motion to transfer (Doc. No. 13) are set for submission, without oral argument, on April 18, 2008, with all briefs due by said date.

DONE, this the 3rd day of April, 2008.

                                                  /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE