**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 3, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Jennifer P. Clark **v.** Jason J. Deal**, et al.**
**Case Number:** 2:08-cv-173-MHT

**Pleading : #17 - Conflict Disclosure Statement**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 4/2/2008 with an attorney's signature which is not in compliance with the Administrative Procedures for Civil Cases for the Middle District of Alabama.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| JENNIFER P. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08 CV-173 MHT |
| | ) |
| JASON J. DEAL and E. PAUL STANLEY, | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW E. Paul Stanley, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NA | |
| | |
| | |
| | |

April 2, 2008
Date

_s/S. Christopher Collier_
S. Christopher Collier
Hawkins & Parnell, LLP
Counsel for E. Paul Stanley

303 Peachtree St. NE #4000
Atlanta, GA 30308

404-614-7479

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

## CERTIFICATE OF SERVICE

I, S. Christopher Collier, do hereby Certify that a true and correct copy of the foregoing has been furnished via electronic mail on this 2nd day of April, 2008, to

_____all counsel of record_____

_____

_____

_____

_____

_____

__April 2, 2008_____          s/S. Christopher Collier
  Date                                                     Signature
                                                     S. Christopher Collier, Esq.