IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| JENNIFER P. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:08 CV-173 MHT |
| | ) |
| JASON J. DEAL and E. PAUL STANLEY | ) |
| | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW James J. Deal, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | |
| | |
| | |

4-3-08
Date

Robert C. Edwards
Counsel Signature
GA. BAR NO. 241543
Robert C. Edwards, Esq.
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3370

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

### CERTIFICATE OF SERVICE

I, Robert C. Edwards, Assistant Attorney General, State of Georgia, Department of Law, Office of the Attorney General, do hereby Certify that a true and correct copy of the foregoing has been furnished by United States Mail on this 4th day of April 2008, to:

Jennifer P Clark
107 Saint Francis Street
Suite 2403
Mobile, Alabama 36602

Christi Dickson Feeney
Hawkins & Parnell, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308

4-3-08
Date

Robert C Edwards
Signature