**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 8, 2008

# NOTICE OF DEFICIENCY

To:     Attorneys Christi Dickson Feeney and Stephen Christopher Collier

From:   Clerk's Office

Case Style:  Jennifer P. Clark  v.  Jason J. Deal, et al.

Case Number:  2:08-cv-173-MHT

Referenced Pleading:   #21 - Motion for Admission Pro Hac Vice

The referenced pleading was filed on 4/7/2008 by Attorney Christi Dickson Feeney. This court requires that the motion contain a Certificate of Good Standing from the United States District Court in which the attorney is admitted to practice. There is also a $50.00 fee required each and every pro hac vice admittance.

Please submit the Certificate of Good Standing and the filing fee to the Clerk's Office within ten (10) days.