IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER P. CLARK, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:08cv173-MHT |
| | ) | |
| JASON J. DEAL and | ) | |
| E. PAUL STANLEY, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

It is ORDERED that the motion for default judgment (doc. no. 20) set for submission, without oral argument, on April 18, 2008, with all briefs due by said date.

DONE, this the 8th day of April, 2008.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE