# HAWKINS & PARNELL LLP

## ATTORNEYS

4000 SunTrust Plaza · 303 Peachtree Street NE · Atlanta, GA 30308-3243
TEL 404 614 7400 · FAX 404 614 7500
hawkinsparnell.com

WRITER'S DIRECT (404) 614-7462

cfeeney@hplegal.com

April 10, 2008

**VIA FEDERAL EXPRESS, NEXT MORNING DELIVERY**
Ms. Debra P. Hackett
Clerk of the Court
United States District Court, Middle District of Alabama
One Church Street
Montgomery, AL 36104

> RE: *Clark v. Stanley, et al.*, Civil Action File No. 2:08-CV-173-MHT; In the United States District Court for the Middle District of Alabama, Montgomery Division.

Dear Ms. Hackett:

Enclosed herein please find the original and one copy of the First Supplement to the Motion for Admission *Pro Hac Vice* of Christi Dickson Feeney. Please file the original and return a file marked copy to the undersigned in the enclosed self-addressed, stamped envelope.

Many thanks, in advance, for your assistance in this matter.

Very truly yours,

HAWKINS & PARNELL, LLP

Christi Dickson Feeney

CDF:s

Enclosures

# Hawkins & Parnell LLP
### ATTORNEYS

cc:     Jennifer P. Clark                 (via U.S. Mail)
         107 Saint Francis Street, #2403
         Mobile, AL 36602

         Robert C. Edwards            (via U.S. Mail)
         Assistant Attorney General
         Office of the Attorney General
         40 Capitol Square, S.W.
         Atlanta, GA 30334-1300

# Hawkins & Parnell LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| JENNIFER P. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 2:08CV-173-MHT |
| | ) | |
| JASON J. DEAL and | ) | |
| E. PAUL STANLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## FIRST SUPPLEMENT TO MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTI DICKSON FEENEY

COMES NOW the undersigned, Christi Dickson Feeney ("Applicant"), and files this First Supplement to her Motion for Admission *Pro Hac Vice* in the above styled and numbered cause of action.

Since 1997 Applicant has been, and presently is, a member in good standing of the United States District Court for the Northern District of Texas. Attached is a Certificate of Good Standing. *See* Certificate of Good Standing from the United States District Court for the Northern District of Texas, a true and correct copy of which is attached hereto as Exhibit "A."

Respectfully submitted on this 10th day of April, 2008.

HAWKINS & PARNELL, LLP

Christi Dickson Feeney
Applicant

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
T (404) 614-7400
F (404) 614-7500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| JENNIFER P. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 2:08CV-173-MHT |
| | ) | |
| JASON J. DEAL and | ) | |
| E. PAUL STANLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of the forgoing **FIRST SUPPLEMENT TO MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTI DICKSON FEENEY** via electronic filing, and by depositing a copy of the same in the United States Mail in an envelope with adequate postage thereon, addressed as follows:

Jennifer P. Clark
107 Saint Francis Street, #2403
Mobile, AL 36602
(251)432-7977 Phone
(251)432-7978 Fax

**Pro Se Plaintiff**

Robert C. Edwards
Assistant Attorney General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404)656-3370 Phone
(404)651-6920 Fax

**Counsel for Defendant Judge Jason Deal**

*[Signature on following page]*

Respectfully submitted on this 10th day of April, 2008.

HAWKINS & PARNELL, LLP

Christi Dickson Feeney
Applicant

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3243
T (404) 614-7400
F (404) 614-7500

# EXHIBIT "A"

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas,

DO HEREBY CERTIFY that **Christi D. Feeney** , Bar # **00796468** , was duly admitted to practice in said

Court on **02/05/97** , and is in good standing as a member of the bar of said Court.

Signed at **Dallas** , Texas on 04/09/08 .

Karen Mitchell, Clerk

BY: _____

Deputy Clerk