```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004676
Cashier ID: brobinso
Transaction Date: 04/11/2008
Payer Name: HAWKINS AND PARNELL
------------------------------------
PRO HAC VICE
 For: CHRISTI D FEENEY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 174138
 Amt Tendered:   $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

2:08-CV-173 MHT
```