```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

JENNIFER P. CLARK,          :
   PLAINTIFF,              :
                               :
V.                          :   2:08-CV-173-MHT
                               :
JASON J. DEAL AND           :
E. PAUL STANLEY,            :
   DEFENDANTS.             :

### MOTION FOR LEAVE OF COURT TO AMEND

COMES NOW, the Plaintiff in the above-styled action, pursuant to Rule 15, F.R.C.P., and respectfully moves for leave of court to file her Second Amended Complaint. As grounds thereto, the Plaintiff respectfully submits that the defendants will suffer no unfair prejudice by the Court's granting leave of court for filing of this Pleading.

                                          Respectfully submitted,

                                            s/JENNIFER P. CLARK
                                            JENNIFER P. CLARK (CLA075)
                                            Plaintiff, Pro Se
                                            222 Dearborn Street, South
                                            Mobile, Alabama  36602
                                            251-432-7977

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion For Leave of Court to Amend upon

opposing counsel at the following address, this 16th day of April, 2008, via U.S. Mail, first class postage prepaid.

    Robert Edwards
    Georgia Department of Law
    40 Capitol Square, SW
    Atlanta, GA  30334-1300

    Hawkins and Parnell
    ATTN:  Christopher Collier
    4000 Suntrust Plaza
    303 Peachtree Street, NE
    Atlanta, GA  30308-3243

                                        s/JENNIFER P. CLARK
                                        JENNIFER P. CLARK (CLA075)