UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY, ALABAMA

| | |
|---|---|
| JENNIFER P. CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE NO. ) ) 2:08-CV-173-MHT |
| E. PAUL STANLEY and JASON J. DEAL, | ) ) ) |
| Defendants. | ) ) ) |

### DEFENDANT DEAL'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST JASON J. DEAL

Defendant Jason J. Deal ("Judge Deal") hereby responds to Plaintiff's Motion for Default Judgment Against Jason J. Deal ("Plaintiff's Motion") and shows the Court as follows:

Plaintiff's Motion is frivolous. Plaintiff cites to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, but fails to note that Rule 12(a)(4) alters the due date of a responsive pleading when a motion to dismiss for lack of personal jurisdiction, Rule 12(b)(2), or for improper venue, Rule 12(b)(3), is filed. Pursuant to Rule 12(a)(4), Judge Deal, having filed a motion to dismiss for lack of personal jurisdiction and for improper venue, need not file a responsive pleading in this case until 10 days after notice of the Court's action on Judge Deal's motion, unless otherwise ordered by the Court. Thus, Judge Deal is not in default.

**WHEREFORE**, Judge Deal prays that the Court will deny Plaintiff's Motion for Default Judgment Against Jason J. Deal and enter such sanctions against Plaintiff as the Court may deem just and proper given the frivolous nature of Plaintiff's motion.

This 16th day of April March 2008.

        Respectfully Submitted,

        THURBERT E. BAKER    033887
        Attorney General

        KATHLEEN M. PACIOUS    558555
        Deputy Attorney General

        LORETTA L. PINKSTON    580385
        Senior Assistant Attorney General

        /s/ Robert C Edwards
        ROBERT C. EDWARDS    241543
        Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

ROBERT C. EDWARDS
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3370

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing **DEFENDANT DEAL'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST JASON J. DEAL**, upon all other parties by electronic filing and by mailing a copy of same to their counsel, postage prepaid, in the United States Mail, and addressed as follows:

>Jennifer P Clark
>107 Saint Francis Street
>Suite 2403
>Mobile, Alabama 36602
>
>Christi Dickson Feeney
>Hawkins & Parnell, LLP
>303 Peachtree Street, NE
>Suite 4000
>Atlanta, Georgia 30308

This 16th day of April 2008.

/s/ Robert C Edwards
ROBERT C. EDWARDS
ASSISTANT ATTORNEY GENERAL