**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 17, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Clark v. Deal et al**

**Case Number:   2:08-cv-00173-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer to include the electronic signature.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 29  filed on   April 16, 2008.**

```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

JENNIFER P. CLARK,               :
   PLAINTIFF,                    :
                                 :
V.                               :   2:08-CV-173-MHT
                                 :
JASON J. DEAL AND                :
E. PAUL STANLEY,                 :
   DEFENDANTS.                   :


MOTION FOR LEAVE OF COURT TO AMEND

COMES NOW, the Plaintiff in the above-styled action, pursuant to Rule 15, F.R.C.P., and respectfully moves for leave of court to file her Second Amended Complaint. As grounds thereto, the Plaintiff respectfully submits that the defendants will suffer no unfair prejudice by the Court's granting leave of court for filing of this Pleading.

                                       Respectfully submitted,

                                       s/JENNIFER P. CLARK
                                       JENNIFER P. CLARK (CLA075)
                                       Plaintiff, Pro Se
                                       222 Dearborn Street, South
                                       Mobile, Alabama  36602
                                       251-432-7977


CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion For Leave of Court to Amend upon

opposing counsel at the following address, this 16th day of April, 2008, via U.S. Mail, first class postage prepaid.

    Robert Edwards
    Georgia Department of Law
    40 Capitol Square, SW
    Atlanta, GA  30334-1300

    Hawkins and Parnell
    ATTN:  Christopher Collier
    4000 Suntrust Plaza
    303 Peachtree Street, NE
    Atlanta, GA  30308-3243

                                   s/JENNIFER P. CLARK
                                   JENNIFER P. CLARK (CLA075)