IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JENNIFER P. CLARK,          )
                          )
    Plaintiff,          )
                          )      CIVIL ACTION NO.
    v.               )       2:08cv173-MHT
                          )
JASON J. DEAL and       )
E. PAUL STANLEY,         )
                          )
    Defendants.        )

ORDER

It is ORDERED that plaintiff's motion for leave to amend (doc. no. 29) is granted. The court assumes that defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 17th day of April, 2008.


                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE