IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIFER P. CLARK, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv173-MHT |
| ) | |
| JASON J. DEAL and ) | |
| E. PAUL STANLEY, ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion for default judgment (Doc. No. 20) is denied.

DONE, this the 17th day of April, 2008.

                                                                      /s/ Myron H. Thompson
                                                   **UNITED STATES DISTRICT JUDGE**