**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 26, 2008

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:**   Jennifer P. Clark **v.** Jason J. Deal**, et al.**
**Case Number:** 2:08-cv-173-MHT

**Pleading: #37 - Notice of Filing**

**The referenced pleading was filed on 6/24/2008 with an improperly worded Certificate of Service.**

**The corrected Certificate of Service has been attached to the referenced document and a copy is attached to this Notice.**

Mobile, Alabama  36602
251-432-7977 - Telephone

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Notice of Filing upon opposing counsel at the following addresses this 23d day of June, 2008, via U.S. Mail, first-class postage prepaid.

Hawkins & Parnell, LLP
ATTN: Christopher Collier
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308

Georgia Department of Law
ATTN:  Robert Edwards
40 Capitol Square, SW
Atlanta, GA  30334-1300

JENNIFER P. CLARK (CLA075)

2