IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER P. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-cv-173-MHT |
| | ) |
| JASON J. DEAL, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **ORDER**

Upon of review and consideration of the Alabama State Bar's *Motion to Quash or for a Protective Order* (Doc. 40, filed July 8, 2008), it is **ORDERED** that Plaintiff show cause why this motion should not be granted **on or before July 11, 2008**.

DONE this 8th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE